Dismissed and Opinion filed September 19, 2002









Dismissed and Opinion filed September 19, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-01-00916-CV

____________

 

JAMES ALLEN THAYER, Appellant

 

V.

 

LAURA ANNE SAMUELSON, Appellee

 



 

On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 97-14981

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from an order in a suit to modify the
parent-child relationship signed May 22, 2001. 
On September 16, 2002, appellant filed an unopposed motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 19, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P.
47.3(b).